## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGORY D. BEATLEY, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **BUREAU OF CUSTOMS AND BORDER PROTECTION, et al.**, <br><br> Defendants. | Case No. 16-cv-00050 (CRC) |

## ORDER

For the reasons stated in the Court's Memorandum Opinion and Order in a related case, Adair v. Bureau of Customs and Border Protection, No. 13-cv-01093 (CRC), 2016 WL 3248194 (D.D.C. June 13, 2016), and because Plaintiffs in this case do not waive recovery in excess of $10,000, see Pls.' Not., ECF No. 19, it is hereby **ORDERED** that this action be **TRANSFERRED** to the United States Court of Federal Claims in the interest of justice.

Date:    June 23, 2016

CHRISTOPHER R. COOPER
United States District Judge